

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** ~~2️⃣26·CR:4~~ |
| **Plaintiff,** | **JUDGE** ~~MORRISON~~ |
| v. | |
| **BYRON BANKS,**<br> aka "BY", aka "B", | **INDICTMENT**<br>**18 U.S.C. § 2**<br>**18 U.S.C. § 922(g)(1)**<br>**18 U.S.C. § 924(a)(8)**<br>**18 U.S.C. § 924(c)(1)(A)(i)**<br>**21 U.S.C. § 841(a)(1)** |
| **ASHTON DARKS,**<br> aka "A1", | **21 U.S.C. § 841(b)(1)(B)(vi)**<br>**21 U.S.C. § 841(b)(1)(C)**<br>**21 U.S.C. § 846** |
| and | **21 U.S.C. § 856(a)(1)**<br>**21 U.S.C. § 860(a)** |
| **RHONDA SPARKS,**<br> aka "Big Sis", | |
| **Defendants.** | **FORFEITURE ALLEGATIONS** |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

1.      Beginning in or around August 2023, and continuing until the date of this Indictment, the exact dates being unknown to the Grand Jury, in the Southern District of Ohio and elsewhere, the defendants, **BYRON BANKS, aka BY, aka B,** and **ASHTON DARKS, aka A1,** knowingly and intentionally combined, conspired, and agreed, with each other and others known and unknown to the Grand Jury, to distribute and possess with intent to distribute controlled substances, including:

    a.      a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance;

    b.      a mixture or substance containing a detectable amount of N-phenyl-N-[1-

1

(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as "fentanyl," a Schedule II controlled substance; and

c.    ten grams or more of a mixture or substance containing a detectable amount of para-fluorofentanyl, an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as "fentanyl," a Schedule I controlled substance.

**In violation of 21 U.S.C §§ 841(a)(1), 841(b)(1)(B)(vi), 841(b)(1)(C), and 846.**

## COUNT TWO
### (Possession with Intent to Distribute Controlled Substances)

2.    On or about January 31, 2024, in the Southern District of Ohio, the defendant, **ASHTON DARKS, aka A1,** did knowingly and intentionally possess with intent to distribute:

a.    a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance;

b.    a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as "fentanyl," a Schedule II controlled substance; and

c.    ten grams or more of a mixture or substance containing a detectable amount of para-fluorofentanyl, an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as "fentanyl," a Schedule I controlled substance,

within one thousand feet of the real property of a public or private elementary, vocational, or secondary school, specifically, Avondale Elementary School.

**In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vi), 841(b)(1)(C), and 860(a).**

## COUNT THREE
### (Felon in Possession of a Firearm)

3.    On or about January 31, 2024, in the Southern District of Ohio, the defendant, **ASHTON DARKS, aka A1,** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically, a

2

Glock model 26, 9mm pistol, bearing serial number YHY672, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT FOUR
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

4.     On or about January 31, 2024, in the Southern District of Ohio, the defendant, **ASHTON DARKS, aka A1,** knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances, as charged in Count Two of this Indictment, the allegations of which are incorporated here by reference.

**In violation of 18 U.S.C. § 924(c)(1)(A)(i).**

## COUNT FIVE
**(Maintaining a Drug Involved Premises)**

5.     Between approximately November 2023 and January 31, 2024, in the Southern District of Ohio, the defendant, **RHONDA SPARKS, aka Big Sis,** did knowingly open, lease, rent, use, and maintain a place located at 244 Avondale Avenue, Columbus, Ohio, for the purpose of distributing and using a controlled substance, within one thousand feet of the real property of a public or private elementary, vocational, or secondary school, specifically, Avondale Elementary School.

**In violation of 21 U.S.C. §§ 856(a)(1) and 860(a) and 18 U.S.C. § 2.**

3

## FORFEITURE ALLEGATION A

6.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2).

7.      Upon conviction of any offense alleged in this Indictment in violation of 21 U.S.C. §§ 841, 846, or 856, the defendants, **BYRON BANKS, aka BY, aka B, ASHTON DARKS, aka A1,** and **RHONDA SPARKS, aka Big Sis,** shall forfeit to the United States, in accordance with 21 U.S.C. § 853(a)(1) and (2), all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and/or any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, including, but not limited to, the following:

- $3038.00 in United States currency;
- One Glock model 26, 9mm pistol, bearing serial number YHY672; and
- All associated ammunition.

**Forfeiture notice in accordance with 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## FORFEITURE ALLEGATION B

8.      The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

9.      Upon conviction of any offense alleged in this Indictment, the defendants, **BYRON BANKS, aka BY, aka B, ASHTON DARKS, aka A1,** and **RHONDA SPARKS, aka Big Sis,** shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not

4

limited to, the following:

- One Glock model 26, 9mm pistol, bearing serial number YHY672; and
- All associated ammunition.

Forfeiture notice in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL.

*s/Foreperson*
GRAND JURY FOREPERSON

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

ELIZABETH A. GERAGHTY (0072275)
Assistant United States Attorney
HEIDY T. CARR (0093524)
Special Assistant United States Attorney

5